■ In the Matter of L. B. B. CONTRACTING CORP., Appellant, v. JAMES B. YEARWOOD, Respondent. NEWPORT HOLDING CORP., Respondent.— Order,

entered on September 11, 1961, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Motion for a stay dismissed, having become academic by virtue of the decision of this court decided herein. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.